UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**3M INNOVATIVE PROPERTIES COMPANY** and **3M COMPANY,**              Civil No. : 10-cv-04065- SRN-AJB

Plaintiffs,

v.

**GOJO INDUSTRIES, INC.,**

Defendant.

# ORDER FOR DISMISSAL

Upon the Stipulation of Plaintiffs 3M Innovative Properties Company and 3M Company (collectively "3M") and Defendant GOJO Industries, Inc. ("GOJO") [Doc. No. 34], **IT IS HEREBY ORDERED** that, pursuant to 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice in its entirety, including, without limitation, all claims, counterclaims, and defenses asserted by each party in this action.

**IT IS FURTHER ORDERED** that each party shall bear its own expenses, costs, and attorneys' fees.

Dated: August 15, 2011

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge